COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-13-00227-CR

Style:          Jeremy Dion Washington

          **v.** The State of Texas

Date motion filed[*]:          August 5, 2013

Type of motion:          Motion for extension of time to file reporter's record

Party filing motion:          Court reporter

Document to be filed:          Reporter's record

Is appeal accelerated?     No

If motion to extend time:

    Original due date:          April 22, 2013

    Number of previous extensions granted:    2      Current Due date: July 29, 2013

    Date Requested:          August 21, 2013

Ordered that motion is:

    ☑     Granted

          If document is to be filed, document due:  August 21, 2013

          ☑     **The Court will not grant additional motions to extend time.**

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

_____

_____

_____

_____

Judge's signature:  /s/ Jim Sharp
          ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: August 14, 2013